# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-CR-10183-01-JWB

**JADEN JOHN READ,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

**COUNT 1**

**THREATS AGAINST THE PRESIDENT**
**[18 U.S.C. § 871]**

On or about October 15, 2026, in the District of Kansas, the defendant

**JADEN JOHN READ,**

did knowingly and willfully make any such threat to take the life of and to inflict bodily harm upon the President of the United States, specifically Facebook posts stating, "Lets shoot Trump honestly. Where's our shooter? I'm tired of living this money life" and "I just got a 308 and 305 round and I'm killing this pedo".

All in violation of Title 18, United States Code, Section 871.

## COUNT 2

**THREATS AGAINST THE PRESIDENT**
**[18 U.S.C. § 871]**

On or about October 15, 2026, in the District of Kansas, the defendant

**JADEN JOHN READ,**

did knowingly and willfully make any such threat to take the life of and to inflict bodily harm upon the President of the United States, specifically Facebook posts stating, "Can we shoot him in Kansas please I will myself" and "Ik where your speech will be. Already mapped out roofs around. Finna get kirked since yall couldn't help him".

All in violation of Title 18, United States Code, Section 871.

A TRUE BILL.

November 3, 2026
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Molly Gordon
MOLLY GORDON
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

### Count 1: 18 U.S.C. § 871

- Punishable by a term of imprisonment of not more than five years. 18 U.S.C. § 875(c).
- A term of supervised release of not more than three years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. §3571(b)(3).
- A mandatory special assessment of $100. 18 U.S.C. § 3013(a)(2)(A).